**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Daniel Alejandro Ofanto Romero | ) | |
| | ) | Case No.   26 C 1698 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Bondi et al | ) | |
| | ) | |

**ORDER**

This case is hereby transferred to the Southern District of Indiana forthwith. For core habeas petitions, venue is proper in the district of confinement--not apprehension. *See Rumsfeld v. Padilla*, 542 US. 426 (2004). As Petitioner unequivocally pleads, he is "physically housed at Clay County Justice Center in Indiana." [1] at ¶ 10. Venue is thus improper in the Northern District of Illinois and this case is transferred to the district of confinement--the Southern District of Indiana. See 28 U.S.C. § 1404; *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (per curiam); *Kholyavskiy v. Achim*, 443 F.3d 946, 947 (7th Cir. 2006). For the sake of clarity, the court notes that it did not rule on any of the relief requested in [1].

Date: February 17, 2026                    /s/ Martha M. Pacold